

**Littler Mendelson, P.C.**
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, OR 97201

Christine E. Sargent
503.889.8915 direct
503.221.0309 main
503.242.2457 fax
csargent@littler.com

August 27, 2024

**FILED VIA CM/ECF**

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

RE: *Xu v. Lightsmyth Technologies, Inc. and Finisar*, No. 23-35423
Appellant's Third Citation of Supplemental Authorities

Dear Ms. Dwyer:

Without addressing the inapplicability of the case cited by Appellant, including the Sixth Circuit's holding *affirming* summary judgment, Appellees direct the Court to the following authority decided under facts indistinguishable from the instant case and concluding that an alleged "loss of prestige"—alone—fails to satisfy *Muldrow*'s standard for discriminatory adverse actions absent a change in duties leaving the plaintiff worse off. *See Downer v. Prince George's Cty. Board of Educ.*, Civ. No. 21-1618-BAH, 2024 WL 3277563, at *11 (D. Md. July 2, 2024), *appeal docketed*, No. 24-1704 (4th Cir. July 29, 2024) (granting summary judgment where plaintiff suffered no "loss of prestige" or other adverse action where the record lacked support for plaintiff's "conclusory allegation that he ha[d] lost responsibilities … when [p]laintiff engaged in similar duties both before and after … [his assignments] were purportedly 'taken away'").

Respectfully,

*/s/ Christine E. Sargent*

Christine E. Sargent

cc: Counsel of Record (via CM/ECF)

littler.com